UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MIKHIAL DONTAOUEN DONTA FLETCHER, | ) Case No.: 2:25-cv-10373-JDE ) |
| | ) |
| Plaintiff, | ) JUDGMENT OF REMAND |
| vs. | ) |
| | ) |
| FRANK BISIGNANO, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

The Court having approved the parties' Stipulation to Remand (Dkt. 21, "Stipulation to Remand") and entered an Order of Remand,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.


DATED:  April 10, 2026          _____
                                            JOHN D. EARLY
                                            United States Magistrate Judge