UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MIKHIAL DONTAOUES DONTA FLETCHER,<br>Plaintiff,<br>v.<br>FRANK BISIGNANO, Commissioner of Social Security,<br>Defendant. | No. 2:25-cv-10373-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 28), IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $11,000 under 28 U.S.C. § 2412(d) and no costs, subject to the terms of the above-referenced Stipulation, and Plaintiff's prior Motion for EAJA fees (Dkt. 26) is DENIED as moot.

Dated: July 22, 2026

JOHN D. EARLY
United States Magistrate Judge